# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:25-CR-506 |
| Plaintiff, | : | |
| | : | JUDGE J. PHILIP CALABRESE |
| -vs- | : | |
| BLAKE AUSTIN MEYER, | : | **DEFENDANT'S UNOPPOSED** |
| | : | **MOTION TO CONTINUE** |
| Defendant. | : | **SENTENCING HEARING** |

Defendant, Blake Austin Meyer, through counsel, respectfully moves this Honorable Court to continue the Sentencing Hearing scheduled for February 4, 2026, for 45-60 days. The reason for this request is that undersigned counsel has engaged an expert to assist in understanding Mr. Meyers' background. A continuance of 45-60 days of the Sentencing Hearing will provide additional time required to further prepare for sentencing.

Undersigned counsel has discussed this matter with Assistant United States Attorney Brian Deckert who states the Government has no objection to this motion.

Undersigned counsel and Mr. Meyer have conferred about this motion, and he agrees with the request.

For these reasons, Defendant requests this Motion be granted.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Alvaro L. DeCola*
ALVARO L. DeCOLA
Assistant Federal Public Defender
Ohio Bar: 0087656

Akron Centre Plaza
50 S. Main Street, Ste. 700
Akron, OH 44308
Phone 330-375-5739 Fax: 330-375-5738
E-mail: alvaro_decola@fd.org